IN THE UNITED STATES DISTRICT COURT
DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| MARISABEL CUEVES,<br><br>        Plaintiff,<br><br>vs.<br><br>KILOLO KIJAKAZI,<br>Commissioner of Social Security,<br><br>        Defendant. | Case No. 2:21-cv-00154-CMR<br><br>JUDGMENT<br><br>Magistrate Judge Cecilia M. Romero |

IT IS ORDERED AND ADJUDGED

That the decision of the Commissioner is REVERSED and REMANDED.

DATED this 27 April 2022.

*Cecilia M. Romero*
Magistrate Judge Cecilia M. Romero
United States District Court for the District of Utah